IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 22-CR-00019-RGE-SHL |
| Plaintiff, | : | |
| vs. | : | |
| CURTIS JAMES STOCKDALL, | : | MOTION TO WITHDRAW |
| Defendant. | : | |

COMES NOW, attorney, Peter W. Berger, and in support of Motion to Withdraw, states the following:

1. On June 22, 2022, through text order (Doc. 137) the Court approved Doc. 131, Motion for Leave to Appear Pro Hac Vice as to Murdock Walker II on behalf of Curtis James Stockdall.

2. Due to the aforementioned approval, the undersigned requests to withdraw as counsel.

WHEREFORE, the undersigned respectfully requests to withdraw as counsel for the defendant.

Respectfully submitted,

BERGER LAW FIRM, P.C.

/s/ Peter W. Berger
_____
By: Peter W. Berger, AT0000826
P.O. Box 42577
Urbandale, Iowa 50322
Telephone: (515) 288-8888
Email: attoreys@peterbergerlaw.com
www.peterbergerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve Kristin Herrera, Assistant United States District Attorney.

Signature: /s/ Peter W. Berger