# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CURTIS JAMES STOCKDALL,**<br><br>Defendant. | **CASE NO. 4:22-CR-00019**<br><br><br><br>**MOTION TO WITHDRAW APPEARANCE** |

**COMES NOW** the undersigned attorney, Alfredo Parrish, and for this Motion to Withdraw Appearance, states as follows:

1. Counsel filed his Appearance on September 14, 2022.

2. Due to a reently discovered conflict, counsel hereby withdraws his appearance, on behalf of Curtis Stockdall.

3. The undersigned requests that the court allow him to withdraw as counsel in the above-captoned matter

**WHEREFORE,** Alfredo Parrish respectfully moves the court for an order permitting him to withdraw as attorney of record for Curtis James Stockdall in this matter.

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER L.L.P.

BY:      /s/ *Alfredo Parrish*
Alfredo Parrish                    AT0006051
2910 Grand Avenue
Des Moines, Iowa 50312
(515) 284-5737 / (515) 284-1704 (Fax)
aparrish@parrishlaw.com
**ATTORNEY FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on September 14, 2022.
I declare that the statements above are true to the best of my information, knowledge and belief.

      /s/ *Lori Yardley*      .

Kristin Herrera
Mallory Weiser
United States Attorney's Office
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309
515-473-92650
515-473-9292 (Fax)
kristin.herrera@usdoj.gov
mallory.weiser@usdoj.gov
**ATTORNEYS FOR PLAINTIFF**

Murdoch Walker , II
LOWTHER WALKER, LLC
101 MARIETTA STREET NW
SUITE 3325
ATLANTA, GA 30303
(404) 496-4052
Fax: 866-819-7859
mwalker@lowtherwalker.com

Curtis James Stockdall
**DEFENDANT**