IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 4:22-CR-00019 |
| | ) | |
| vs. | ) | |
| | ) | MOTION FOR CONTINUANCE |
| CURTIS JAMES STOCKDALL, | ) | OF TRIAL |
| Defendant. | ) | |

COMES NOW, counsel for the Defendant Curtis Stockdall, and hereby moves to continue trial in this matter. In support of this motion, counsel states:

1. The Defendant is charged in a 6 defendant, 32-count superseding indictment. Defendant Stockdall is charged in 6 of the counts with various drug and gun charges.

2. Trial is currently set for February 27, 2023.

3. Undersigned counsel was appointed to represent Mr. Stockdall on October 4, 2022.

4. When counsel accepted the appointment, counsel was unaware of a matter that posed an appearance of a conflict of interest between Mr. Stockdall and a co-defendant. When that matter appeared, undersigned counsel immediately stopped review of all materials in the case until the potential conflict could be investigated, and resolved.

5. Counsel thoroughly discussed the potential conflict with the defendant, and discussed it with the government, and then sought a waiver of the conflict through a co-defendant's counsel. At the time, undersigned counsel thought it was just a matter that posed an appearance of a conflict, rather than one that would become an actual conflict.

6. Counsel then resumed reviewing the voluminous discovery in the case, starting with the discovery produced by the government on a 5 TB drive pursuant to a protective order. This discovery includes multiple hours of recordings, thousands of pages documents, and

multiple extractions of forensic devices.

7. Counsel also went and reviewed discovery that was being held at the US Attorney's office. This review was delayed by undersigned counsel testing positive for Covid at the end of December.

8. The discovery in the US Attorney's office is also voluminous, and includes multiple hours of recordings as well as multiple other files.

9. All of the discovery is subject to a protective order.

10. Counsel has not yet completed the review of all of the discovery, but has determined from what has been reviewed to date that the previously-identified appearance of a conflict may not just be one that is an appearance of a conflict, and may be an actual conflict.

11. Counsel believes that a conflict hearing would be necessary for undersigned counsel to proceed with representation of the defendant, and the Court would have to approve any waiver of the conflict prior to counsel proceeding to trial.

12. Counsel has requested a conflict hearing with the court, under seal, to resolve the conflict question.

13. The remaining co-defendants have all pleaded guilty, and if this matter proceeds to trial, Mr. Stockdall would be the only defendant at trial.

14. The parties have been engaged in plea negotiations, but to date the parties have been unable to reach any resolution of this case and it appears that the matter will be proceeding to trial.

15. Counsel will need more time to complete the review of the voluminous discovery that was provided by the government, as well as the discovery that is being held at the US

Attorney's office that must be reviewed in person.

16. Undersigned counsel also has a state criminal matter that was originally set for jury trial on January 18, 2023 that was recently continued to February 28, 2023, which would conflict with the trial date in this matter.

17. Undersigned counsel has discussed this motion to continue with the defendant, who does not object to counsel moving to continue trial.

18. Undersigned counsel has discussed this motion to continue with AUSA Herrera, who has indicated that the government objects to this motion to continue.

WHEREFORE, counsel requests the court set a hearing on this motion to continue contemporaneously with the motion for a conflict hearing, and continue the trial.

/s/Angela L. Campbell
Angela L. Campbell AT# 0009086
DICKEY, CAMPBELL & SAHAG LAW FIRM, P.L.C.
301 E. Walnut St., Suite 1
Des Moines, Iowa 50309
PHONE: 515.288.5008
FAX: 515.288.5010
E-MAIL: angela@iowajustice.com

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:  _____ U.S. Mail          _____ Fax
     _____ Courthouse Mail    _____ Hand delivered
     _____ Certified Mail     __x__ Other (electronic)

Signature: _____/s/Angela L. Campbell_____

Date: ___January 13, 2023_____