IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CURTIS JAMES STOCKDALL,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:22-CR-00019<br><br><br>MOTION FOR CONFLICT<br>HEARING AND HEARING ON<br>MOTION TO CONTINUE |

COMES NOW, counsel for the Defendant, and requests the court set a conflict hearing and status conference in this matter. In support of this motion, counsel states:

1. There was a matter that appeared to be something that would be a potential appearance of conflict, but that appeared to be waivable, in this case with undersigned counsel's law firm and one of the co-defendants.

2. Undersigned counsel spoke with the co-defendant's counsel and obtained a written waiver of the conflict from both the co-defendant and his counsel, Trever Hook, and a written waiver from Mr. Stockdall.

3. Upon further review of the voluminous discovery in this case, counsel has determined that the conflict may not just be one that is an appearance of a conflict, and may be an actual conflict.

4. Counsel believes that a conflict hearing would be necessary for undersigned counsel to proceed with representation of the defendant, and the Court would have to approve any waiver of the conflict prior to counsel proceeding to trial.

5. Counsel has discussed this matter generally with the government.

6. Some of the matters that would inform the Court of the nature and extent of the conflict should not be public record. Some of the information that informs the nature of the

conflict comes from the government's discovery, which is governed by a protective order.

7. Counsel is simultaneously filing a motion to continue the trial in this matter, which is resisted by the government.

8. Counsel is aware that this case contains multiple conflicts of interest, some of which are not readily apparent without review of the confidential discovery materials, making appointment of replacement counsel more challenging for the court, and Mr. Stockdall has indicated he does not wish for undersigned counsel to withdraw.

WHEREFORE, counsel requests the court set a sealed conflict hearing, and a hearing on counsel's motion to continue trial at the same time.

/s/Angela L. Campbell
Angela L. Campbell AT# 0009086
DICKEY, CAMPBELL & SAHAG LAW FIRM, P.L.C.
301 E. Walnut St., Suite 1
Des Moines, Iowa 50309
PHONE: 515.288.5008
FAX: 515.288.5010
E-MAIL: angela@iowajustice.com

PROOF OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:  _____ U.S. Mail           _____ Fax
     _____ Courthouse Mail     _____ Hand delivered
     _____ Certified Mail       __x__ Other (electronic)

Signature: _____/s/Angela L. Campbell_____

Date: _____January 13, 2023_____