IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS JAMES STOCKDALL,<br><br>Defendant. | 4:22-cr-00019-RGE-HCA-2<br><br>**ORDER CONTINUING TRIAL** |

Before the Court is Defendant Curtis James Stockdall's Motion for Continuance of Trial ECF No. 291. For the reasons stated in the motion, and to allow new counsel to be appointed, the Court **grants** the motion. A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial even with the exercise of due diligence by the parties, 18 U.S.C. § 3161(h)(7)(B)(iv), and Defendant needs time to have counsel appointed, 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds the ends of justice served by such a continuance outweigh the best interests of the public and the Defendant to a speedy trial, and the delay in trial shall constitute excludable time under the Speedy Trial Act. Specifically, the time between the filing of the motion on January 13, 2023, and the date of the new trial will be excluded for speedy trial purposes.

The case is taken off the trial docket for February 27, 2023. It will be rescheduled at a later date following a status conference with newly appointed counsel.

IT IS SO ORDERED.

Dated February 2, 2023.

Helen C. Adams
Chief U.S. Magistrate Judge